UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION- CINCINNATI

| | | |
|---|---|---|
| **IN RE:** | } | **CASE NO. 21-12059** |
| | } | |
| **ERIN KATHLEEN HILL** | } | **CHAPTER 13** |
| | } | |
| DEBTOR | } | **JUDGE BUCHANAN** |

### WITHDRAWAL OF SCHEDULES (DOC. 35) ERRONEOUSLY FILED IN THIS CASE

**COMES NOW ERIN KATHLEEN HILL,** Debtor in the above-styled and numbered cause, and files this Withdrawal of the Amended Schedules (Doc. 35) which were meant to be filed in a different case but were erroneously filed in this one.

Respectfully submitted,

/s/Gregory M. Wetherall
_____
GREGORY M. WETHERALL
OH. Reg. 0067307
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati, Ohio  45255
(513) 528-0200 Telephone
(513) 528-1762 Telecopier
Email: Greg@CincinnatiBankruptcy.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Instrument** was served **Electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on December 16, 2021 addressed to:

Erin Kathleen Hill, Debtor
4464 Schoolhouse Road
Batavia, OH 45103

/s/ Gregory M. Wetherall
_____
GREGORY M. WETHERALL

The Law Office Of
**Gregory M. Wetherall**
4030 Mount Carmel-Tobasco Rd
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
www.CincinnatiBankruptcy.com

**WITHDRAWAL**                                                                                         Page 1 of 1