**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Dated: December 17, 2021



Beth A. Buchanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION at CINCINNATI

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 21-12059 |
| | } | |
| ERIN KATHLEEN HILL | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | JUDGE BUCHANAN |

### AGREED ORDER SUSTAINING DEBTOR'S OBJECTION (DOC. 31) TO PROOF OF CLAIM NO. 3 FILED BY THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND REQUEST FOR VALUATION OF LIENS

**BY AGREEMENT OF THE PARTIES,** and for good cause shown, the Debtor's Objection (Doc. 31) to Proof of Claim No. 3 filed in this case by the U.S. Department of Housing and Urban Development is **SUSTAINED.**

**THE COURT FINDS** the debt underlying Claim No. 3 was discharged in a prior Chapter 13 Bankruptcy Case which was filed in this Court on February 11, 2014 and styled *In re Erin K. Hill*, Case No. 14-10454 (hereinafter the "Prior Case").

**THE COURT FURTHER FINDS** the Creditor is the owner of a Mortgage, securing the alleged debt underlying Claim No. 3, (hereinafter the "Mortgage").

**THE COURT FURTHER FINDS** the Mortgage was stripped, pursuant to Debtor's Confirmed Chapter 13 Plan in the Prior Case, as the Mortgage did not attach to equity in the underlying real property it encumbered and was wholly unsecured.

**THE COURT FURTHER FINDS** that on May 16, 2017 the Debtor received a Discharge of her debts in the Prior Case including the debt underlying Creditor's Claim No. 3 and the Discharge in the Prior Case also constituted a release of the Mortgage.

**IT IS, THEREFORE**, **ORDERED** that Claim No.3 is disallowed in its entirety and shall not be paid by the Trustee as it was discharged in the Prior Case.

**IT IS FURTHER ORDERED** that the Mortgage has been released and the Debtor shall be entitled to record a copy of this Order in the Office of the Recorder of Clermont County, Ohio as evidence the Mortgage recorded on or about January 28, 2013 in Book 2428, Page 2442 has been released.

**IT IS SO ORDERED.**

**SUBMITTED AND AGREED TO BY:**


/s/ Francis J. Dicesare, Esq.
_____
MARGARET A BURKS (OH 0030377)
Chapter 13 Trustee
FRANCIS J. DICESARE (OH 0038798)
Staff Attorney
TAMMY E. STICKLEY (OH 0090122)
Staff Attorney
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: (513) 621-4488
Facsimile:  (513) 621-2643


/s/ Gregory M. Wetherall, Esq.
_____
GREGORY M. WETHERALL, ESQ. (OH 0067307)
Attorney for Debtors
4030 Mt. Carmel Tobasco Rd., Suite 122
Cincinnati, Ohio 45255
Telephone: (513) 528-0200
Facsimile:  (513) 528-1762
Email: Greg@CincinnatiBankruptcy.com


/s/ Margaret A. Castro, Esq.
_____
MARGARET A. CASTRO (OH 0078968)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Telephone: (513) 684-3711
Facsimile:  (513) 684-6972
Email: Margaret.Castro@usdoj.gov

**TO BE SERVED UPON:**

Default List

U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, IL 60604

U.S. Department of Housing and Urban Development
c/o United State Attorney General
950 Pennsylvania Ave NW, Room B-103
Washington, DC 20530-0001

U.S. Department of Housing and Urban Development
c/o U.S. Attorney - Civil Process Clerk
221 E. 4th Street, Suite 400
Cincinnati, OH 45202

# # #