UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-12059 |
| | | CHAPTER 13 |
| ERIN KATHLEEN HILL | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |
| | : | TRUSTEE'S WITHDRAWAL OF OBJECTION TO CONFIRMATION |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and withdraws the Objection to Confirmation for Failure to Submit Documents.

All Documents have been received or filed.

Respectfully submitted,

/s/　Margaret A. Burks, Esq.
　　　Margaret A. Burks, Esq.
　　　Chapter 13 Trustee
　　　Attorney No. OH 0030377

　　　Francis J. DiCesare, Esq.
　　　Staff Attorney
　　　Attorney No. OH 0038798

　　　Tammy E. Stickley, Esq.
　　　Staff Attorney
　　　Attorney Reg No. OH 0090122

　　　600 Vine Street, Suite 2200
　　　Cincinnati, OH 45202
　　　(513) 621-4488
　　　(513) 621 2643 (Facsimile)
　　　mburks@cinn13.org - Correspondence only
　　　fdicesare@cinn13.org
　　　tstickley@cinn13.org

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Withdrawal of Objection to Confirmation was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **first class mail** on December 22, 2021 addressed to:

Debtor(s)
ERIN KATHLEEN HILL
4464 SCHOOLHOUSE ROAD
BATAVIA, OH  45103

                                                        /s/   Margaret A. Burks, Esq.
                                                               Margaret A. Burks, Esq.